UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK W. DOBRONSKI,

      Plaintiff,                                Case No. 24-cv-12939
                                                      Hon. Matthew F. Leitman

v.

ORIGINALS AND ORGANICS, LLC, et al.,

      Defendants.
_____/

## ORDER DISMISSING DEFENDANTS ORIGINALS AND ORGANICS, LLC AND CHASTITY RENEE HARRIS

Pursuant to the Stipulation to Dismiss with Prejudice (ECF #40) and Notice of Dismissal (ECF #41), this case is DISMISSED with prejudice as to Defendant Chastity Renee Harris and without prejudice as to Defendant Originals and Organics, LLC.

**IT IS SO ORDERED.**

                                                               s/Matthew F. Leitman
                                                                MATTHEW F. LEITMAN
                                                                UNITED STATES DISTRICT JUDGE

Dated:  May 14, 2025

   I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 14, 2025, by electronic means and/or ordinary mail.

               s/Holly A. Ryan
               Case Manager
               (313) 234-5126